THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN TABB, Appellant.

Submitted September 21, 2009; decided October 15, 2009

Reported below, 59 AD3d 1080.

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.